IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATIONWIDE GENERAL INSURANCE COMPANY a/s/o Meghan Gallagher, | * * * | Civil Action Number: |
| Plaintiff, | * * | |
| v. | * * | |
| THE UNITED STATES OF AMERICA, | * * | |
| Defendant. | * | |

## COMPLAINT

## THE PARTIES

1. Plaintiff Nationwide General Insurance Company (hereinafter "Plaintiff") is a corporation which is doing business within the boundaries of the State of Delaware and which, at all times pertinent hereto, insured Meghan Gallagher, a resident of the State of Delaware, pursuant to a policy of motor vehicle insurance providing her with Personal Injury Protection (PIP) motor vehicle insurance coverage.

2. Defendant The United States of America (hereinafter "Defendant"), at all times pertinent hereto, acted by and through its employees, its agents, its servants, and/or its duly authorized representatives generally, and those of the United States Postal Service (USPS) specifically (most notably William Speakman), and therefore is liable for the negligent, the reckless, the wanton, and/or the wrongful acts and/or omissions of the employees, the agents, the servants, and/or the duly authorized representatives of the United States Postal Service (USPS), and most notably those of

William Speakman, and thus its own employees, its own agents, its own servants, and/or its own duly authorized representatives, pursuant to the legal doctrine of <u>respondeat superior</u>.

### JURISDICTION

3. Jurisdiction for the claims of Plaintiff is founded upon 28 <u>U.S.C.</u> §1346(b) and 28 <u>U.S.C.</u> §2671, <u>et</u> <u>seq.</u>, since the claims of Plaintiff arise out of personal injuries that were directly and/or proximately sustained by its insured, Meghan Gallagher, and that were directly and/or proximately caused by the negligent, the reckless, the wanton, and/or the wrongful acts and/or omissions of the employees, the agents, the servants, and/or the duly authorized representatives of the United States Postal Service (USPS), most notably those of William Speakman, and thus Defendant, while said employees, agents, servants, and/or duly authorized representatives were acting within the course and/or scope of their employment, their agency, their servitude, and/or their authority as granted by the United States Postal Service (USPS), and thus Defendant.

4. All of the occurrences, incidents, events, acts, and/or omissions which produced the claims of Plaintiff (most notably those of William Speakman) took place within the boundaries of the State of Delaware.

## COUNT I – PERSONAL INJURY PROTECTION (PIP) SUBROGATION CLAIM OF PLAINTIFF NATIONWIDE GENERAL INSURANCE COMPANY

5. Paragraph #1 through Paragraph #4 as set forth above are hereby expressly incorporated by reference as though set forth herein at length.

6. On or about Saturday, December 30, 2006, Meghan Gallagher, a resident of the State of Delaware and an insured of Plaintiff pursuant to a policy of motor vehicle insurance, had the motor vehicle that she was operating struck by a United States Postal Service (USPS) motor vehicle (and therefore Defendant's motor vehicle) that was negligently, recklessly, wantonly, and/or wrongfully operated by William Speakman, an employee, an agent, a servant, and/or a duly authorized representative of the United States Postal Service (USPS), and therefore Defendant.

7. The aforesaid motor vehicle accident occurred on or near the intersection of Ricky Boulevard and Pulaski Highway in or near Bear, Delaware.

8. The aforesaid motor vehicle accident was directly and/or proximately cause by William Speakman, the aforesaid employee, agent, servant, and/or duly authorized representative of the United States Postal Service (USPS), and thus Defendant, in that he:

    (a) Operated the aforesaid United States Postal Service (USPS) motor vehicle (and thus Defendant's motor vehicle) in a careless and/or imprudent manner;

    (b) Failed to maintain a proper lookout while operating the aforesaid United States Postal Service (USPS) motor vehicle (and thus Defendant's motor vehicle);

    (c) Operated the aforesaid United States Postal Service (USPS) motor vehicle (and thus Defendant's motor vehicle) at a speed that was greater than was reasonable and/or prudent under the conditions and/or without exhibiting due regard

for the then-existing actual hazards that were in the roadway and/or the then-existing potential hazards that were in the roadway;

(d) Operated the aforesaid United States Postal Service (USPS) motor vehicle (and thus Defendant's motor vehicle) in such a manner as to follow another motor vehicle more closely than was reasonable and/or prudent;

(e) Operated the aforesaid United States Postal Service (USPS) motor vehicle (and thus Defendant's motor vehicle) in such a manner as to cause the aforesaid United States Postal Service (USPS) motor vehicle (and thus Defendant's motor vehicle) to be moved from a stopped position before such movement could be made with reasonable safety;

(f) Operated the aforesaid United States Postal Service (USPS) motor vehicle (and thus Defendant's motor vehicle) in willful and/or wanton disregard for the safety of persons and/or property;

(g) Failed to observe his common law duty to exercise due care in the operation of the aforesaid United States Postal Service (USPS) motor vehicle (and thus Defendant's motor vehicle); and/or

      (h)      Committed other negligent, reckless, wanton, and/or wrongful acts and/or omissions in the operation of the aforesaid United States Postal Service (USPS) motor vehicle (and thus Defendant's motor vehicle) that will be revealed through the course of discovery.

9.      As a direct and/or proximate result of the aforesaid negligent, reckless, wanton, and/or wrongful acts and/or omissions of William Speakman, the aforesaid employee, agent, servant, and/or duly authorized representative of the United States Postal Service (USPS), and thus Defendant (and the occurrence of the aforesaid motor vehicle accident of Saturday, December 30, 2006), Meghan Gallagher, the insured of Plaintiff, incurred $4,144.29 in accident-related medical expenses, for which she was compensated by Plaintiff per statute and/or per the terms of the Personal Injury Protection (PIP) provisions of the aforesaid policy of motor vehicle insurance.

10.      Per statute, per the terms of the Personal Injury Protection (PIP) provisions of the aforesaid policy of motor vehicle insurance, and/or per the dictates of the common law, Plaintiff is subrogated to the legal rights of its insured, Meghan Gallagher, arising from the aforesaid motor vehicle accident of Saturday, December 30, 2006, to the extent of the Personal Injury Protection (PIP) motor vehicle insurance benefits that were paid by Plaintiff to, and/or on behalf of, its insured, Meghan Gallagher, as a direct and/or proximate result thereof.

11.     By correspondence dated Wednesday, June 6, 2007, the administrative tort claim that had been previously submitted by Plaintiff, pursuant to the Federal Tort Claims Act, 28 U.S.C. §2671, et seq., was incorrectly and/or wrongfully denied, thereby making the commencement of the instant action unavoidable.

**WHEREFORE**, Plaintiff Nationwide General Insurance Company respectfully prays that the Court will enter Judgment against Defendant The United States of America in the amount of $4,144.29 plus costs; pre-judgment interest; post-judgment interest; and all other relief which the Court shall deem to be proper, equitable, and/or just.

Respectfully Submitted,

CHRISTOPHER J. SIPE, ESQ., P.A.

_____
CHRISTOPHER J. SIPE, ESQ.
Delaware Bar I.D. #3436
P. O. Box 8092
Newark, DE  19714
Phone:          (302) 995-5600
FAX:            (302) 995-5696
E-Mail:         Christopher@SipeLaw.com
ATTORNEY FOR PLAINTIFF
NATIONWIDE GENERAL INSURANCE
COMPANY

Dated: 12-4-07

§JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Nationwide General Insurance Company a/s/o Meghan Gallagher

## DEFENDANTS
The United States of America

(b) County of Residence of First Listed Plaintiff: N/A (Statewide)
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: N/A (Statewide)
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Christopher J. Sipe, Esq., P.A.
P.O. Box 8003
Newark, DE 19711
Phone: (302) 985-5600

Attorneys (If Known)
U.S. Attorney's Office
1007 N. Orange Street, Suite #700
Wilmington, DE 19801

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☒ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
  Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Federal Tort Claims Act

Brief description of cause:
PIP insurance subrogation claim arising out of motor vehicle accident caused by postal employee.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 4,144.29

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE: December 4, 2007

SIGNATURE OF ATTORNEY OF RECORD: Christopher J. Sipe

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____



CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 DEC -5  AM 9:20

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____07-785_____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___3___ COPIES OF AO FORM 85.

DEC 0 5 2007

_____          _____
(Date forms issued)                 (Signature of Party or their Representative)

Christopher J. Sipe, Esq.
_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action